**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2330**

In Re:  NORMAN TYRONE DAIS,

           Petitioner.

On Petition for Writ of Mandamus.
(4:03-cr-386-TLW)

Submitted:  March 17, 2009          Decided:  March 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Norman Tyrone Dais, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Tyrone Dais petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to compel. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED